```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 38620
   KURT C COLLINS
   SHERYL A COLLINS                            CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9927    SSN XXX-XX-3913


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/20/05 and confirmed on 02/02/06.

     2.  The case was dismissed after confirmation, 07/20/2007.

     3.  The Debtor paid a total of $   4050.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 12950.02 | .00 | 1590.91 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12442.04 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 306.86 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1393.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1214.34 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| JBC & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| JBC & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1194.50 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 2439.01 | .00 | .00 |
| PHILLIPS & BURNS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HOLLYWOOD CASINO | UNSECURED | 10910.46 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8700.34 | .00 | .00 |
| KOHLS | UNSECURED | 1018.67 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3104.41 | .00 | .00 |

```
                    Summary of disbursements:
-------------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED     OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00      12950.02     42723.78           .00     55673.80
PRINCIPAL PAID                .00       1590.91          .00           .00      1590.91
INTEREST PAID                 .00            .00         .00           .00           .00
TOTAL PAID                    .00       1590.91          .00           .00      1590.91
```
The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   2700.00
and was paid $    306.00   direct and $   2295.01   through the plan.

The Trustee received $     164.08 .

Refunds to the Debtor totaled $        .00 .

　　　Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


　　　Dated: 10/11/07                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                                PAGE   2
            CASE NO. 05 B 38620 KURT C COLLINS & SHERYL A COLLINS